Keith R. WATTERSON, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

May 1, 2007.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED, and the order of the Commonwealth Court is REVERSED pursuant to *Alexander v. PennDOT*, 583 Pa. 592, 880 A.2d 552 (2005), and *McGrory v. Penn-DOT*, 591 Pa. 56, 915 A.2d 1155 (2007). Jurisdiction relinquished.

In re NOMINATION PETITION OF Mike L. KRANCER (for Justice of the Supreme Court).

Appeal of Jaime J. Hughes–Harbson (a/k/a Jamie J. Hughes Harbson).

Supreme Court of Pennsylvania.

May 2, 2007.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court granting the Motion for Protective Order and to Quash Petitioner's Subpoena *Duces Tecum* and quashing the Petition to Set Aside is AFFIRMED. Given this disposition, we did not consider the merits of the Petition to Set Aside.